IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>vs. )<br><br>Cruz LAWSON )<br><br>Defendant. ) | CASE NUMBER: 4:20-CR-00053 |

### ORDER

This matter before the Court, Defendant Counsel's Motion for Leave of Absence, that is the period starting on October 27, 2022 and lasting through and including November 1, 2022, and after careful consideration, said Motion is **GRANTED**,

**SO ORDERED**, this __31st__ day of _____August_____, 2022.

_____
CHRISTOPHER L. RAY
 UNITED STATES MAGISTRTE JUDGE
SOUTHERN DISTRICT OF GEORGIA